UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| TROY BOILER WORKS, INC., <br>     Plaintiff, <br><br> v. <br><br> LONG FALLS PAPERBOARD, LLC, <br> AIRCLAEAN TECHNOLOGIES, INC., <br> BRATTLEBORO DEVELOPMENT <br> CREDIT CORPORATION, <br>     Defendants. | CIVIL CASE NO. 2:21-cv-00030-wks |

**SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER**

Defendant, Airclean Technologies, Inc., by and through its attorneys, Ryan Smith & Carbine, Ltd., stipulates that the deadline for Defendant Airclean Technologies, Inc. to respond to the complaint of Plaintiff in the above-captioned matter shall extend to April 16, 2021 with the consent of Plaintiff.

Dated at Rutland, Vermont this 29th day of march, 2021.

/s/ James B. Anderson
James B. Anderson, Esq.
RYAN SMITH & CARBINE, LTD.
98 Merchants Row, PO Box 310
Rutland, VT 05702-0310
jba@rsclaw.com
*Attorney for Airclean Technologies, Inc.*

Agreed to:

/s/ Theodore C. Kramer, Esq.
Theodore C. Kramer, Esq.
Kramer Law, P.C.
42 Park Place
Brattleboro, VT 05301
tck@kvpclaw.com
*Attorney for Plaintiff*

APPROVED AND SO ORDERED.

/s/ William K. Sessions III
_____   March 30, 2021
U.S. District Court Judge

10403-001/1117985